Filing Fee Paid

05-181e

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

\# 00500440 - AM
July 15, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| HABEAS C | 05-181e | 1 @ | 5.00 |
| | | | 5.00 CH |

TOTAL → 5.00

FROM: ANNA MARIE ERICKSON ON BEHALF
BEN BUCKHANAN
127 E CALVARY RD 314
DULUTH, MN 55803