IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENJAMIN B. BUCKHANAN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-181 (Erie) |
| ) | |
| **JAMES SHERMAN,** ) | Magistrate Judge Susan Paradise Baxter |
| ) | |
| Respondent. ) | |

**ORDER**

AND NOW, this _____ day of _____, 2005, the Respondent having filed a Motion for Enlargement of Time to File Response, said Motion is hereby GRANTED;

It is ORDERED that the time for filing a response to the Petition in this case is hereby enlarged for a period of thirty (30) days, or until September 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Benjamin B. Buckhanan, Petitioner
    Christy Wiegand, Asst. U.S. Attorney