IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BENJAMIN B. BUCKHANAN )
      Petitioner, )
)
v. ) C.A. No. 05-181 ERIE
)
JAMES SHERMAN )
      Respondent. )

### RULE AND ORDER

AND NOW, this 19th day of July, 2005, after Petitioner presented a petition for a writ of habeas corpus and paid the filing fee,

IT IS HEREBY ORDERED that within twenty days of service of this Rule and Order, the respondent, and the United States Attorney for the Western District of Pennsylvania file an answer and brief to the allegations of the petition for writ of habeas corpus as well as a supporting brief showing cause, if any, why the writ should not be granted.

Service of this Rule and Order, together with a copy of the petition shall be made upon the respondent, the United States Attorney General and the US Attorney for the Western District of Pennsylvania, by the United States Marshal. Service shall be by certified mail.

All costs to be advanced by the United States.

                                                    S/ Susan Paradise Baxter
                                                    SUSAN PARADISE BAXTER
                                                    Chief United States Magistrate Judge

cc: Benjamin Bryan Buckhanan, 02738-084
     FCI-McKean
     P.O. Box 8000
     Bradford, PA 16701

     U.S. Marshal

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BENJAMIN B. BUCKHANAN )
    Petitioner, )
 )
v. ) C.A. No. 05-181 ERIE
 )
JAMES SHERMAN )
    Respondent. )

## RULE AND ORDER

AND NOW, this 19th day of July, 2005, after Petitioner presented a petition for a writ of habeas corpus and paid the filing fee,

IT IS HEREBY ORDERED that within twenty days of service of this Rule and Order, the respondent, and the United States Attorney for the Western District of Pennsylvania file an answer and brief to the allegations of the petition for writ of habeas corpus as well as a supporting brief showing cause, if any, why the writ should not be granted.

Service of this Rule and Order, together with a copy of the petition shall be made upon the respondent, the United States Attorney General and the US Attorney for the Western District of Pennsylvania, by the United States Marshal. Service shall be by certified mail.

All costs to be advanced by the United States.

            S/ Susan Paradise Baxter
            SUSAN PARADISE BAXTER
            Chief United States Magistrate Judge

cc: Benjamin Bryan Buckhanan, 02738-084
    FCI-McKean
    P.O. Box 8000
    Bradford, PA 16701

    U.S. Marshal

**2. Article Number:** 7160 3901 9842 6648 5454
**3. Service Type:** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes
**1. Article Addressed to:**

UNITED STATES ATTORNEY
700 GRANT STREET
SUITE 400
PITTSBURGH, PA. 15219

5-181E,O/P,7/28/05,SRB

PS Form 3811, January 2003 — Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): R. DITTIG
B. Date of Delivery: C.S.O.
C. Signature: X Robert Ditty
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

---

**2. Article Number:** 7160 3901 9842 6648 5447
**3. Service Type:** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes
**1. Article Addressed to:**

JAMES SHERMAN, WARDEN
FCI MCKEAN
P.O. BOX 8000
BRADFORD, PA. 16701

5-181E,O/P,7/28/05,SRB

PS Form 3811, January 2003 — Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): D. Dracup
B. Date of Delivery: 8/1
C. Signature: X
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

---

**2. Article Number:** 7160 3901 9842 6648 5461
**3. Service Type:** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes
**1. Article Addressed to:**

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
10TH & CONSTITUTION, N.W.
WASHINGTON, D.C. 20530

5-181E,O/P,7/28/05,SRB

PS Form 3811, January 2003 — Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery: AUG 02 2005
C. Signature: X
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No